IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DONALD EDWARD GAGE,           )
                              )
              Plaintiff,      )       4:13CV3220
                              )
       v.                     )
                              )
CRETE CARRIER,                )       ORDER AND JUDGMENT
                              )
              Defendant.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion to dismiss (Filing No. 15) is granted. Plaintiff's amended complaint is dismissed.

DATED this 9th day of October, 2014.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court