IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD EDWARD GAGE, | |
| Plaintiff, | 4:13-CV-3220 |
| vs. | ORDER |
| CRETE CARRIER, | |
| Defendant. | |

IT IS ORDERED: For the reasons stated in the Court's Order of May 5, 2022 (filing 39), the plaintiff's motion for hearing (filing 53) is denied.

Dated this 17th day of January, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge